

Preska, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE A. SALAZAR

Plaintiff,

- against -

PROHEALTH PHARMACY, INC. d/b/a PROHEALTH PHARMACY and any other entities affiliated with, controlling, or controlled by PROHEALTH PHARMACY, INC. and ALEX NOSKOV and BORIS ZELKIN individually,

Defendants.

Case No.: 16-cv-8721 (LAP)

**STIPULATION AND PROPOSED ORDER OF FINAL DISMISSAL WITH PREJUDICE OF ALL CLAIMS**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jose Salazar ("Plaintiff") and Defendants Prohealth Pharmacy, Inc., Alex Noskov, and Boris Zelkin (collectively "Defendants"), by and through their undersigned counsel, that the Negotiated Settlement Agreement and Release in this matter having been reviewed by the Court and found to be fair and reasonable, Plaintiff's claims in the above-captioned action shall be dismissed in their entirety, with prejudice, in accordance with the terms of the Negotiated Settlement Agreement and Release. In addition, Defendants' counterclaims in the above-captioned action shall be dismissed in their entirety, with prejudice, in accordance with the terms of the Negotiated Settlement Agreement and Release.

VIRGINIA & AMBINDER, LLP
40 Broad Street, 7th Floor
New York, NY 10004

By: ______________________
Lloyd Ambinder
Jack Newhouse

Dated: 2/21, 2018

NESENOFF & MILTENBERG LLP
363 Seventh Avenue, 5th Floor
New York, NY 10001

By: ______________________
Andrew Miltenberg
Gabrielle Vinci

Dated: February 15, 2018

SO ORDERED on this _______ day of _____________, 2018.

______________________
Hon. Loretta A. Preska
United States District Judge

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

LORETTA A. PRESKA, U.S.D.J.

March 12, 2018